**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Bedi v. House Committee     Case Number: 25-cv-3837

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Sheila Bedi

Attorney name (type or print): Stuart J. Chanen

Firm: Center on Constitutional Rights

Street address: 666 Broadway 7th Floor

City/State/Zip: New York, New York 10012

Bar ID Number: 6191744     Telephone Number: 8476443003
(See item 3 in instructions)

Email Address: Stuart@ChanenOlstein.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ☒ |
| Are you a member of the court's general bar? | ☑ | |
| Are you a member of the court's trial bar? | ☑ | |
| Are you appearing *pro hac vice*? | | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 9, 2025

Attorney signature:     S/ Stuart J. Chanen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023