# **EXHIBIT 11**



**Office of the Attorney General**
**Washington, D. C. 20530**

February 5, 2025

MEMORANDUM FOR ALL DEPARTMENT EMPLOYEES

FROM:            THE ATTORNEY GENERAL

SUBJECT:        ESTABLISHMENT OF JOINT TASK FORCE OCTOBER 7[1]

      This memorandum establishes Joint Task Force October 7 ("JTF 10-7") and related initiatives to prioritize seeking justice for victims of the October 7, 2023 terrorist attack in Israel, addressing the ongoing threat posed by Hamas and its affiliates, and combatting antisemitic acts of terrorism and civil rights violations in the homeland.

      Hamas perpetrated the October 7 attack as a large-scale invasion of southern Israel, in conjunction with Palestinian Islamic Jihad and other Palestinian militia groups. The terrorists used rocket attacks and a forward assault by trained terrorist fighters. Thousands of individuals breached the Israeli-Gaza border and invaded Israeli territory. Terrorists attacked unarmed civilians and murdered approximately 1,200 people, including 47 United States citizens. Hamas operatives and supporters also abducted more than 200 people, including eight United States citizens.

      The Department of Justice, led by the National Security Division, is conducting ongoing investigations into the perpetrators of these heinous acts, Hamas leadership, the United Nations Relief and Works Agency, and U.S.-based individuals and entities that provide funding to Hamas. As a further reflection of the Department's commitment to holding Hamas accountable, achieving justice for victims, and fighting terrorist-led antisemitism, JTF 10-7 will be established within the Office of the Deputy Attorney General and supported by the following additional initiatives.

      **I.    JTF 10-7 Priorities**

      JTF 10-7 will focus, as noted above, on seeking justice for victims of the attack and addressing the ongoing threat posed by Hamas and its affiliates, both domestically and abroad. JTF 10-7's priorities will include:

- Pursing criminal charges, including capital crimes where applicable, against the perpetrators of the October 7 attack;

---

[1] This guidance is not intended to, does not, and may not be relied upon to create, any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

- Providing services to the victims of the October 7 attack and coordinating as appropriate with others to facilitate the return of hostages;

- Seeking the arrest and extradition of Hamas leadership charged in the complaint docketed as *United States v. Haniyeh*, No. 24 Mag. 438 (S.D.N.Y.);

- Investigating and prosecuting acts of terrorism, antisemitic civil rights violations, and other federal crimes committed by Hamas supporters in the United States, including on college campuses;

- Investigating and prosecuting those responsible for funding Hamas; and

- Supporting efforts by the Israeli government, Department of Defense, and Department of Treasury to pursue non-criminal responses to the October 7 attack and other terrorist activities by Hamas.

## II. JTF 10-7 Structure

The Office of the Deputy Attorney General will supervise JTF 10-7, spearhead engagement with Israeli counterparts, and manage coordination with U.S. Attorneys' Offices and other relevant components of the federal government, including the Department of the Treasury and the Internal Revenue Service. JTF 10-7 will include the attorneys and supervisors from the National Security Division and elsewhere who have led these investigations since inception with remarkable grit and determination. U.S. Attorneys' Offices will maintain responsibility for prosecutions brought within their districts.

The Federal Bureau of Investigation ("FBI") shall staff JTF 10-7 with agents, analysts, and linguists who have significant experience investigating terrorism matters. The FBI shall maintain consistent and adequate levels of staffing and associated resources dedicated to the task force until the work of JTF 10-7 is complete.

## III. Justice Manual Revision

Justice Manual § 9-13.525 is suspended to allow JTF 10-7 to issue administrative subpoenas to foreign banks with correspondent accounts in the United States pursuant to 31 U.S.C. § 5318(k)(e).

## IV. Legislative Initiatives

The Office of Legislative Affairs ("OLA") shall advocate for amendments to the extraterritorial venue statutes, 18 U.S.C. § 3238 and 28 U.S.C. § 1355, to expand options for bringing prosecutions in Districts where investigations occur or particular expertise exists. Specifically, OLA shall seek an amendment, that replaces the phrase "in the District of Columbia" in both statutes with the phrase "any district authorized by law."