# EXHIBIT 12

MAJORITY MEMBERS:

TIM WALBERG, MICHIGAN, *Chairman*

JOE WILSON, SOUTH CAROLINA
VIRGINIA FOXX, NORTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JAMES COMER, KENTUCKY
BURGESS OWENS, UTAH
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
ERIN HOUCHIN, INDIANA
MICHAEL RULLI, OHIO
JAMES C. MOYLAN, GUAM
ROBERT F. ONDER, JR., MISSOURI
RYAN MACKENZIE, PENNSYLVANIA
MICHAEL BAUMGARTNER, WASHINGTON
MARK HARRIS, NORTH CAROLINA
MARK B. MESSMER, INDIANA

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

RAÚL M. GRIJALVA, ARIZONA
JOE COURTNEY, CONNECTICUT
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY M. STEVENS, MICHIGAN
GREG CASAR, TEXAS
SUMMER L. LEE, PENNSYLVANIA
JOHN W. MANNION, NEW YORK



# COMMITTEE ON
# EDUCATION AND WORKFORCE

U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515-6100

March 27, 2025

Mr. Michael SchillMr. Peter J. Barris
PresidentChair, Board of Trustees
Northwestern UniversityNorthwestern University
633 Clark Street633 Clark Street
Evanston, IL 60208Evanston, IL 60208

Dear Mr. Schill and Mr. Barris:

The Committee on Education and Workforce (the Committee) is continuing to investigate Northwestern University's response to antisemitism on its campus. At a time when the use of federal funds is under intense scrutiny, there are indications that Northwestern has used its taxpayer-supported institutional resources for troubling purposes. The Community Justice and Civil Rights Clinic at Northwestern's Pritzker School of Law (Northwestern Law) is providing free legal representation in a civil suit to the organizers of an anti-Israel blockade of highway traffic to Chicago's O'Hare International Airport. This blockade resulted in the arrest of 40 participants.[1] The fact that Northwestern, a university supported by billions in federal funds, would dedicate its resources to support this illegal, antisemitic conduct raises serious questions.

One of the O'Hare blockade organizers that Northwestern Law is providing legal representation for is Rifqa Falaneh, a so-called "Justice Fellow" at the organization "Palestine Legal." Falaneh is a vocal antisemite and supporter of terrorism who has called for "many more October 7ths until full Liberation."[2] She has also written, "The moment you say 'release the hostages' you've exposed how dumb you in fact are,"[3] "I won't be happy until every last bit of the [Z]ionist entity

---

[1] Maggie Duly, *40 protesters arrested outside O'Hare Airport for blocking traffic; forcing people to walk to terminals*, Fox 32 Chicago (April 15, 2024, 3:39 PM) https://www.fox32chicago.com/news/ohare-airport-protest-traffic.

[2] *Rifqa Falaneh*, Canary Mission, https://canarymission.org/individual/Rifqa_Falaneh#lg=1&slide=1 (Feb. 3, 2025)

[3] Rifqa Falaneh (@Riffs33), TWITTER (Oct. 7, 2024, 3:14 PM), https://x.com/Riffs33/status/1843369430501470330.

burns to the ground,"[4] and "Who are [I]sraeli 'civilians'? They are people who willingly choose to live in an occupied land as settlers…"[5] It is troubling that Northwestern is supporting this individual and her efforts to support terrorism.

These concerns are particularly acute given Northwestern's lengthy pattern of permissiveness and support for antisemitic conduct, as detailed in the Committee's October 2024 report, "Antisemitism on College Campuses Exposed."[6] The report's findings include that President Schill and Northwestern Provost Kathleen Hagerty empowered anti-Israel faculty to conduct negotiations with an illegal encampment at the university and that Provost Hagerty approved a proposal to boycott Sabra-brand hummus because of its perception as an Israeli product.[7] Northwestern also recently allowed the return to campus of journalism professor Steven Thrasher, who was criminally charged for obstructing and physically struggling with police officers in an attempt to defend the illegal encampment.[8]

The clinic's representation of the blockade organizers also raises broader concerns about the institutionalization of left-wing political activism at Northwestern Law. The school's Community Justice and Civil Rights Clinic, led by clinical professor of law Sheila A. Bedi, uses Northwestern's name and resources to engage in progressive-left political advocacy. The clinic describes itself as working "in collaboration with social justice movements on legal and policy strategies aimed at redressing some of the most pressing, urgent issues of our time—namely over-policing and mass imprisonment."[9]

Students can receive academic credit with the support of federal student aid for engaging in this political advocacy in Northwestern Law's "Movement Lawyering" class. The course description explains that students work with "collectives and community organizers" on "creating a more just Chicago" on matters such as a "court order aimed at transforming the Chicago Police Department."[10]

---

[4] Rifqa Falaneh (@Riffs33), TWITTER (Nov. 20, 2024, 12:27 AM), https://x.com/Riffs33/status/1859106247800238218.

[5] @anitainchicago, TWITTER (July 23, 2024, 10:16 PM), https://x.com/anitainchicago/status/1815934095462891882.

[6] REPUBLICAN STAFF REP. OF H. COMM. ON EDUC. AND THE WORKFORCE, 118th CONG., ANTISEMTISM ON COLLEGE CAMPUSES EXPOSED (2024), https://edworkforce.house.gov/uploadedfiles/10.30.24_committee_on_education_and_the_workforce_republican_staff_report_-_antisemitism_on_college_campuses_exposed.pdf.

[7] *Id.* at 8-18, https://edworkforce.house.gov/uploadedfiles/10.30.24_committee_on_education_and_the_workforce_republican_staff_report_-_antisemitism_on_college_campuses_exposed.pdf.

[8] Matthew Eadie, *NU professor to return after suspension*, Evanston Now (Jan. 24, 2025), https://evanstonnow.com/nu-professor-to-return-after-suspension/.

[9] *Community Justice and Civil Rights Clinic*, Northwestern Pritzker School of Law, https://www.law.northwestern.edu/legalclinic/civil/community-justice/ (last visited Mar. 19, 2025).

[10] *Clinic: Movement Lawyering*, Northwestern Pritzker School of Law, https://www.law.northwestern.edu/academics/curricular-offerings/coursecatalog/details?CourseID=2097 (last visited Mar. 19, 2025).

While the Community Justice and Civil Rights Clinic's work is troubling, it is only one of numerous Northwestern Law clinics and centers promoting left-wing causes[11] Northwestern's decision to fund left-wing advocacy with its institutional resources heightens significant concerns about the university's role as a steward of taxpayer dollars.

Please produce the following **no later than 12:00 p.m. EDT on April 10, 2025:**

1. All written policies, procedures, and guidance relating to the function of legal clinics at Northwestern Law, including any written guidance on what constitutes appropriate work, and direction on appropriate client representations;

2. A detailed budget for the Bluhm Legal Clinic, including detailed budgets for its more than 20 clinics and 12 centers.

3. A list of the sources of Bluhm Legal Clinic's funding, including the funding for each of its centers and clinics;

4. A list of all the Community Justice and Civil Rights Clinic's payments to people or groups not employed by Northwestern and any of its clinics and centers since 2020; and

5. All hiring materials and performance reviews for Sheila A. Bedi.

Congress' oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court.[12] Under House Rule X, the Committee has legislative and oversight jurisdiction over "education or labor generally."[13] When producing documents, do not alter them in any way, including but not limited to the application of redactions or watermarks. Additionally, digital copies should be provided in a format that enables their printing and copying.

---

[11] *Bhum Legal Clinic*, Northwestern Pritzker School of Law, https://www.law.northwestern.edu/legalclinic/ (last visited Mar. 19, 2025).
[12] *See generally* U.S. CONST. art. I, § 8, cl. 8; *McGrain v. Daugherty*, 273 U.S. 135, 174 (1927) (holding that "the power of inquiry—with process to enforce it—is an essential and appropriate auxiliary to the legislative function"); *Eastland v. U.S. Servicemen's Fund*, 421 U.S. 491, 504 (1975) (holding that "the power to investigate is inherent in the power to make laws"); *Barenblatt v. United States*, 360 U.S. 109, 111 (1959) (holding that "the scope of power of inquiry … is as penetrating and far-reaching as the potential power to enact and appropriate under the Constitution.").
[13] RULES OF THE HOUSE OF REPRESENTATIVES, 119th Cong. at 7 (Jan. 16, 2025), https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/houserules119thupdated.pdf.

Should you have any questions, please contact Kent Talbert at <u>kent.talbert@mail.house.gov</u> or 202-225-4527.

Sincerely,

Tim Walberg
Chairman
Committee on Education and Workforce

Burgess Owens
Chairman
Subcommittee on Higher Education and Workforce Development

Enclosure (Instructions)

CC: The Hon. Linda McMahon, Secretary of Education
     The Hon. Pamela Bondi, Attorney General