# EXHIBIT 14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA BEDI, et al., | ) |
| | ) Case no.: 1:25-cv-03837 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMITTEE ON EDUCATION AND | ) |
| WORFORCE, U.S. HOUSE OF | ) |
| REPRESENTATIVES, et al., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JULIE BIEHL**

I, Julie Biehl, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I submit this declaration in support of the Plaintiffs' Complaint and Motion for Temporary Restraining Order in the above-captioned case. I am of the age of majority, and I am competent to make this declaration.

2. I am a Clinical Professor of Law and the Director of the Children and Family Justice Center ("CFJC"), situated in the Bluhm Legal Clinic ("Bluhm Clinic") at Northwestern Pritzker School of Law ("Northwestern Law"). The CJFC is one of 20 clinics and 12 centers housed at the Bluhm Clinic, including the Community Justice and Civil Rights Clinic ("Community Justice Clinic") targeted in the U.S. House of Representatives Committee on Education and Workforce ("Committee") letter to Northwestern dated March 27, 2025 ("Letter").

3. I received my J.D. from Northwestern University in 1986 and am admitted to the bar in Illinois.

4. I have been the Director of the CFJC since 2009.

5. Prior to joining the CFJC, I was the founder and Director of the Cook County Juvenile

1

Court Clinic, a collaborative project between the John D. and Catherine T. MacArthur Foundation, the CFJC, and the Office of the Chief Judge of the Circuit Court of Cook County. Before that, I was an Assistant Cook County Public Guardian ad Litem representing abused and neglected children in juvenile court proceedings and an attorney at the Legal Assistance Foundation of Chicago's Homeless Rights Project.

6. The core mission of the CFJC is providing access to justice for youth. CFJC faculty, staff, and students represent young people and their families on a wide range of matters including delinquency, criminal court, immigration and asylum, resentencing, clemency, and reducing the collateral consequences youth face after coming into contact with the law.

7. As Director of the CFJC, my responsibilities include supervising faculty, fundraising, managing the budget, and overseeing the operations of the CFJC.

8. The CFJC houses multiple clinics including the Juvenile Justice Clinic and the Seigle Clinic for Immigrant Youth and Families. In an average academic year, over 50 students enroll in one of the CJFC's clinical courses.

9. Over the course of my career with the CFJC, I have taught hundreds of students through experiential courses in the Juvenile Justice Clinic.

10. Clinical education allows students to gain hands-on experience under the supervision of practicing attorneys, which provides invaluable opportunities for building practical legal skills and exploring different practice areas.

11. Cases I have worked on with my students address a wide range of issues confronting young people impacted by the criminal legal system, including delinquency hearings, expungement of criminal records, clemency petitions for young people in prison for serious offenses, and re-sentencing hearings for individuals serving life without parole for crimes

committed when they were juveniles.

12. All of the CFJC's clients are indigent and would struggle to obtain legal representation without the CFJC's willingness and ability to provide pro bono legal services. The CJFC serves a vital role in providing access to justice for young people and their families by taking cases that the public defender's office may be unable to take. The CFJC thus provides both a valuable service to individuals who would otherwise be unable to access legal services, as well as an important learning opportunity for future lawyers about the value of pro bono legal work.

13. My work within the CFJC also includes a significant amount of policy work, including work aiming to reduce mass incarceration and ameliorate the collateral consequences of incarceration, such as reducing barriers to expungement for young people and raising the age of juvenile court jurisdiction. The CFJC's policy work is informed by the insights and perspective gained through direct representation of clients, and vice versa, a unique approach which provides an example for students of how they can combine litigation and policy work in their own careers.

14. The Committee's Letter threatens the CFJC's ability to do its important work. I understand the Letter as requesting sensitive materials not just from Professor Bedi's Community Justice Clinic but from all clinics within the Bluhm Legal Clinic, which includes the CJFC.

15. The Committee targets Professor Bedi's clinic for working on cases involving "over-policing and mass imprisonment" and the Bluhm Clinic writ large for engaging in what the Committee views as "left-wing advocacy." The CFJC's work—which focuses on the same or similar issues as those the Committee has singled out for scrutiny—is therefore a direct target of the Committee's inquiry.

16. Likewise, the Committee targets Professor Bedi's clinic for representing clients whose political views are unpopular with the Trump administration, including Palestine solidarity

activists. Many of the CFJC's clients are similarly politically unpopular and potential targets of the current administration's ire given its tough-on-crime and anti-immigrant policies, including individuals who have been convicted of murder, people who are required to enroll on the Sex Offender Registry, and asylum seekers.

17. The Letter's request for "any written guidance on what constitutes appropriate work and direction on appropriate client representations" is a clear indication that the Committee seeks to interfere in the Bluhm Clinic's representation of clients who the Trump administration does not approve of. That interference from the federal government is a direct threat to the academic freedom of the CFJC's professors as well the CJFC's ability to represent clients based on their dual goals of access to justice and student opportunities, as well as those clients' ability to access pro bono legal representation.

18. The Committee's inquiry and implicit threat to withhold billions of dollars in federal funding from Northwestern will have a chilling effect on CJFC clinicians' freedom to choose potentially controversial cases and to engage in policy work that may be adverse to the Trump administration's agenda.

19. The Letter may also chill students' ability to enroll in the clinic of their choosing, including the CJFC. The Letter expresses disapproval of students receiving "academic credit with the support of federal student aid" for engaging in "political advocacy" through Professor Bedi's clinic. Students could reasonably fear that their access to federal loans could be threatened if they enroll in a clinic that the federal government opposes, and self-select out of educational opportunities that they may otherwise have taken advantage of.

20. The Letter seeks materials related to all of the Bluhm Clinic's funding sources, which includes the CFJC. Among other funding sources, the CJFC depends for its funding on both

grants and alumni donations. If Northwestern is compelled to comply with the Committee's request to release private donor information, donors may cease supporting CFJC in the future. The CFJC's funding is particularly endangered given that some of its advocacy work and clients are controversial, and donors may be deterred if their support could be disclosed as part of a congressional investigation.

21. I am deeply concerned about the irreparable harm that will be caused by the tender of information requested in the Committee's Letter. The CFJC's work will be chilled, the clinical opportunities for students will diminish, and Northwestern Law's ability to attract talented clinical faculty and prospective students will be undermined if Northwestern is forced to comply with the Committee's demands.

I declare under penalty of perjury, on this 7th day of April, 2025, that the foregoing is true and correct, to the best of my knowledge, information, and belief.

/s/ Julie Biehl
Julie Biehl