**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHEILA BEDI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON EDUCATION AND THE WORKFORCE, *et al.,* <br><br> *Defendants.* | Case No. 1:25-cv-3837-EEB |

## **NOTICE**

Please take notice that Congressional Defendants sent the attached letter (Exhibit A) to Northwestern University this morning.

                                                Respectfully submitted,

                                                */s/ Matthew Berry*
                                                MATTHEW BERRY (VA Bar No. 42600)
                                                   *General Counsel*
                                                OFFICE OF GENERAL COUNSEL
                                                U.S. HOUSE OF REPRESENTATIVES
                                                5140 O'Neill House Office Building
                                                Washington, D.C. 20515
                                                (202) 225-9700 (telephone)
                                                Matthew.Berry@mail.house.gov

April 10, 2025                                  *Counsel for Congressional Defendants*