# Exhibit A

MAJORITY MEMBERS:

TIM WALBERG, MICHIGAN, *Chairman*

JOE WILSON, SOUTH CAROLINA
VIRGINIA FOXX, NORTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JAMES COMER, KENTUCKY
BURGESS OWENS, UTAH
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
MICHAEL RULLI, OHIO
JAMES C. MOYLAN, GUAM
ROBERT F. ONDER, JR., MISSOURI
RYAN MACKENZIE, PENNSYLVANIA
MICHAEL BAUMGARTNER, WASHINGTON
MARK HARRIS, NORTH CAROLINA
MARK B. MESSMER, INDIANA
RANDY FINE, FLORIDA

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

JOE COURTNEY, CONNECTICUT
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY M. STEVENS, MICHIGAN
GREG CASAR, TEXAS
SUMMER L. LEE, PENNSYLVANIA
JOHN W. MANNION, NEW YORK
*VACANCY*



**COMMITTEE ON
EDUCATION AND WORKFORCE**

U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6100

April 10, 2025

Mr. Michael Schill  
President  
Northwestern University  
633 Clark Street  
Evanston, IL 60208

Mr. Peter J. Barris  
Chair, Board of Trustees  
Northwestern University  
633 Clark Street  
Evanston, IL 60208

Dear Mr. Schill and Mr. Barris:

In follow-up to our letter of March 27, 2025, we write to acknowledge Northwestern University for its willingness to cooperate with the Committee on Education and Workforce about our latest request for antisemitism-related documents.

We remain concerned about antisemitism at Northwestern University and its law school. However, given the Committee's ongoing negotiations with Northwestern University related to this antisemitism, we hereby withdraw the requests included in our March 27, 2025 letter to you; accordingly, no response to it is sought.

We expect to pursue other means of inquiry in coming weeks as part of Congress' oversight authority under the U.S. Constitution.[1]

Sincerely,

Tim Walberg  
Chairman  
Committee on Education and Workforce

Burgess Owens  
Chairman  
Subcommittee on Higher Education and Workforce Development

---

[1] *See generally* U.S. CONST. art. I, § 8, cl. 8; *McGrain v. Daugherty*, 273 U.S. 135, 174 (1927) (holding that "the power of inquiry—with process to enforce it—is an essential and appropriate auxiliary to the legislative function"); *Eastland v. U.S. Servicemen's Fund*, 421 U.S. 491, 504 (1975) (holding that "the power to investigate is inherent in the power to make laws"); *Barenblatt v. United States*, 360 U.S. 109, 111 (1959) (holding that "the scope of power of inquiry … is as penetrating and far-reaching as the potential power to enact and appropriate under the Constitution.").