**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

BC



FILED
4/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

Case Title: Bedi, et al. v. House Comm. on Educ. & the Workforce, et al.

Case Number: 1:25-cv-3837

An appearance is hereby filed by the undersigned as attorney for:

Defendants Comm. on Educ. & the Workforce, Tim Walberg, & Burgess Owens

Attorney name (type or print): Andy T. Wang

Firm: Office of General Counsel of the U.S. House of Representatives

Street address: 5140 O'Neill House Office Building

City/State/Zip: Washington, D.C. 20515

Bar ID Number: DC Bar No. 1034325
(See item 3 in instructions)

Telephone Number: 202-225-9700

Email Address: Andy.Wang@mail.house.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/10/2025

Attorney signature: S/ Andy T. Wang
(Use electronic signature if the appearance form is filed electronically.)

Attorneys for the Office of General Counsel for the U.S. House of Repreasentatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

Revised 07/19/2023