# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sheila Bedi, et al.

          Plaintiff,

v.               Case No.:
                1:25−cv−03837
                Honorable Elaine E.
                Bucklo

The United States House of Representatives
Committee on Education and Workforce, et al.

          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: This matter is before Judge Wood as emergency judge. Motion hearing held on 4/10/2025. For the reasons stated on the record, Plaintiffs' emergency motion for temporary restraining order [6] is moot and denied without prejudice. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.