IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA BEDI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON EDUCATION AND THE WORKFORCE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-3837-EEB |

**ORDER**

UPON CONSIDERATION OF the Joint Motion to Stay Proceedings, it is:

ORDERED that the Motion is GRANTED.

It is further ORDERED that all proceedings in this matter are hereby STAYED for 90 days after the date of entry of this ORDER; that the July 8, 2025 deadline to file a Joint Status Report is hereby VACATED; that the July 15, 2025 status hearing is hereby VACATED; that if the Parties are unable to reach a resolution and the deadlines are not otherwise extended, the Parties must file a Joint Status Report by the end of the 90-day stay period; and that Congressional Defendants' and Northwestern Defendants' responses to Plaintiffs' Complaint are due 60 days after the expiration of the stay.

SIGNED on this  24th  day of June, 2025

*Elaine E. Bucklo*
The HONORABLE ELAINE E. BUCKLO
SENIOR UNITED STATES DISTRICT JUDGE