IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA BEDI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON EDUCATION AND WORKFORCE, *et al.,*<br><br>*Defendants.* | Case No. 1:25-cv-3837-EEB |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's Order dated June 24, 2025, ECF 37, granting the Parties' Joint Motion to stay the proceedings, the Parties respectfully submit this Joint Status Report, seeking a short additional stay of the proceedings for sixty (60) days to allow sufficient time for the Parties to negotiate a stipulation of dismissal without prejudice. As explained below, the interests of efficiency and judicial economy counsel in favor of the Court continuing to stay this case.

On March 27, 2025, the Committee on Education and Workforce of the U.S. House of Representatives (Committee), its Chairman Tim Walberg, and its Subcommittee Chairman Burgess Owens (collectively, Congressional Defendants), sent a letter to Northwestern University requesting several categories of documents by noon EDT on April 10. The day before the deadline, Plaintiffs filed this suit against Congressional Defendants and against nominal defendants Northwestern University and two of its officials (collectively, Northwestern Defendants), seeking to enjoin the production of records responsive to Congressional Defendants' March 27 requests. ECF No. 1. That same day, Plaintiffs also filed an Emergency

1

Motion for Temporary Restraining Order (TRO). ECF No. 6. On April 10, Judge Andrea R. Wood, the presiding emergency judge, set a hearing on Plaintiffs' TRO motion for 10 a.m. CDT. Shortly before the hearing began, Congressional Defendants filed a Notice with the Court indicating that they had sent a letter to Northwestern University withdrawing their March 27 requests and that they were no longer seeking any response to their March 27 letter. ECF No. 20.

During the hearing, counsel for Congressional Defendants reiterated that "the formal request has been withdrawn, and this is not a cover for and there is not going to be any informal behind-the-scenes request for these same documents to get these from Northwestern. I want to be as clear as I can. The Committee is not seeking these documents anymore, period." April 10, 2025, Hr'g Tr. at 9-10. Based on those representations, Judge Wood denied Plaintiffs' TRO motion as moot. ECF No. 23. On June 24, 2025, the Court granted the Parties' joint motion to stay the proceedings. ECF 37.

Since that time, Congressional Defendants have not requested and Northwestern Defendants have not produced any documents pertaining to the March 27 requests. The Congressional Defendants further agree that that they are not going to request the information sought in the March 27 letter formally, or through any other means, informal or otherwise, in the next sixty (60) days.[1]

Plaintiffs and Congressional Defendants have agreed that the next step is to negotiate a stipulation of dismissal without prejudice. They need additional time to work on the language of the dismissal. Accordingly, the Parties seek a short additional stay of proceedings for up to sixty (60) additional days to meet-and-confer on the language of the stipulation.

---

[1] Congressional Defendants' letter dated April 10 withdrawing its March 27 requests stated that the Congressional Defendants "expect[ed] to pursue other means of inquiry in coming weeks as part of Congress' oversight authority." Dkt. 20-1. The Congressional Defendants confirm that they are not going to "pursue other means of inquiry" to obtain the information requested in their March 27 letter during the next 60 days.

Respectfully submitted,

/s/ Matthew Berry
MATTHEW BERRY (VA Bar No. 42600)
  *General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
Matthew.Berry@mail.house.gov

*Counsel for Congressional Defendants*

| | |
|---|---|
| s/ Amanda Yarusso | *Counsel for Bedi* |
| *Counsel for Cohn* | Baher Azmy |
| Amanda S. Yarusso | Maria LaHood |
| 1180 N. Milwaukee Ave. | CENTER FOR CONSTITUTIONAL RIGHTS |
| Chicago IL, 60642 | 666 Broadway, 7th Floor |
| (773) 510-6198 | New York, New York 10012 |
| amanda.yarusso@gmail.com | BAzmy@ccrjustice.org |
| | mlahood@ccrjustice.org |
| Nora Snyder | |
| Brad Thomson | s/ Heather Lewis Donnell |
| People's Law Office | *Counsel for Bedi* |
| 1180 N. Milwaukee Ave. | Tara Thompson |
| Chicago IL, 60642 | Elizabeth Wang |
| 773-235-0070 | Heather Lewis Donnell |
| norasnyder@peopleslawoffice.com | Steve Art |
| brad@peopleslawoffice.com | Stuart Chanen |
| | *Cooperating Counsel* |
| | CENTER FOR CONSTITUTIONAL RIGHTS |
| | 666 Broadway, 7th Floor |
| | New York, New York 10012 |
| | |
| | /s/ Yeugenia Shvets |
| | *Counsel for Northwestern Defendants* |
| | Yeugenia Shvets |

3

                                                      Ivona Josipovic
                                                      Grant Simon
                                                      DEBEVOISE AND PLIMPTON
                                                      66 Hudson Blvd
                                                      New York, NY 10001
                                                      (212) 909-6000
                                                      jshvets@debevoise.com

September 15, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA BEDI, *et al.*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>THE UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON EDUCATION AND WORKFORCE, *et al.,*<br><br>    *Defendants.* | Case No. 1:25-cv-3837-EEB |

## **ORDER**

UPON CONSIDERATION OF the Joint Motion to Stay Proceedings, it is: ORDERED that the Motion is GRANTED.

It is further ORDERED that all proceedings in this matter are hereby STAYED for 60 days after the date of entry of this ORDER; that if the Parties are unable to reach a resolution and the deadlines are not otherwise extended, the Parties must file a Joint Status Report by the end of the 60-day stay period; and that Congressional Defendants' and Northwestern Defendants' responses to Plaintiffs' Complaint are due 60 days after the expiration of the stay.

SIGNED on this _____ day of September, 2025

                   _____
                   THE HONORABLE ELAINE E. BUCKLO
                   SENIOR UNITED STATES DISTRICT JUDGE