IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA BEDI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON EDUCATION AND THE WORKFORCE, *et al.,* <br><br> *Defendants.* | Case No. 1:25-cv-3837-EEB <br><br> The Honorable Elaine E. Bucklo |

**STIPULATION OF DISMISSAL**

Plaintiffs Sheila Bedi and Lynn Cohn (Plaintiffs), together with Defendants, the Committee on Education and Workforce of the U.S. House of Representatives (Committee), its Chairman Tim Walberg, and its Subcommittee Chairman Burgess Owens (collectively, the Congressional Defendants), and nominal Defendant Northwestern University and two of its officials (collectively Northwestern Defendants, and together with Congressional Defendants and Plaintiffs, the Parties), hereby stipulate and agree to the following:

1. On March 27, 2025, Congressional Defendants sent a letter to Northwestern University requesting several categories of documents by noon EDT on April 10.

2. Specifically, the Committee requested the production of:

    a. All written policies, procedures, and guidance relating to the function of legal clinics at Northwestern Law, including any written guidance on what constitutes appropriate work, and direction on appropriate client representations;

    b. A detailed budget for the Bluhm Legal Clinic, including detailed budgets for its more than 20 clinics and 12 centers.

    c. A list of the sources of Bluhm Legal Clinic's funding, including the funding for each of its centers and clinics;

    d. A list of all the Community Justice and Civil Rights Clinic's payments to people or groups not employed by Northwestern and any of its clinics and centers since 2020; and

    e. All hiring materials and performance reviews for Sheila A. Bedi.

Dkt. 1 at ¶ 82.

    3.    The day before the deadline, Plaintiffs filed this suit against Congressional Defendants and Northwestern Defendants, seeking to enjoin the production of records responsive to Congressional Defendants' March 27 requests. ECF No. 1. That same day, Plaintiffs also filed an Emergency Motion for Temporary Restraining Order (TRO). ECF No. 6.

    4.    On April 10, Judge Andrea R. Wood, the presiding emergency judge, set a hearing on Plaintiffs' TRO motion for 10 a.m. CDT. Shortly before the hearing began, Congressional Defendants filed a Notice with the Court indicating that they had sent a letter to Northwestern University withdrawing their March 27 requests and that they were no longer seeking any response to their March 27 letter. ECF No. 20.

    5.    During the hearing, counsel for Congressional Defendants reiterated that "the formal request has been withdrawn, and this is not a cover for and there is not going to be any informal behind-the-scenes request for these same documents to get these from Northwestern. I want to be as clear as I can. The Committee is not seeking these documents anymore, period."

2

April 10, 2025, Hr'g Tr. at 9-10. Based on those representations, Judge Wood denied Plaintiffs' TRO motion as moot. ECF No. 23.

6. Since that time, Congressional Defendants have not requested and Northwestern Defendants have not produced any documents pertaining to the March 27 requests.

7. The Congressional Defendants further agree that that they are not going to request the information sought in the March 27 letter formally, or through any other means, informal or otherwise, through the end of this Congress, which ends on January 3, 2027.

8. Because Congressional Defendants have stipulated to not seek any of the information included in their March 27, 2025 letter through the end of this Congress, Plaintiffs agree to dismiss their case without prejudice.

9. The Parties agree and stipulate that should the Congressional Defendants seek the information listed in the Committee's March 27 letter through any formal or informal means, Plaintiffs shall reinstate their case before this Honorable Court.

10. The Parties agreement to reinstate the case without need to refile is proper here where the Parties have: (1) agreed to a dismissal without prejudice, and (2) the Parties have agreed the court can retain jurisdiction to enforce the Parties' settlement agreement for a limited time (until the end of this Congress). *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Loeffel Steel Prods., Inc. v. Delta Brands, Inc.*, No. 01 C 9389, 2013 WL 6224489, at *3 (N.D. Ill. Dec. 2, 2013).

11. The Parties further stipulate that all Parties shall be responsible for their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully seek and order from the Court entering a dismissal of Plaintiffs' case without prejudice, with the Parties' responsible for their own

attorneys' fees and costs, and the Court retain its jurisdiction for the Plaintiffs to reinstate through the end of this Congress on January 3, 2027, should the Parties' settlement agreement be breached.

Respectfully submitted,

/s/ Matthew Berry
MATTHEW BERRY (VA Bar No. 42600)
   *General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
Matthew.Berry@mail.house.gov

*Counsel for Congressional Defendants*

| | |
|---|---|
| s/ Amanda Yarusso<br>*Counsel for Cohn*<br>Amanda S. Yarusso<br>1180 N. Milwaukee Ave.<br>Chicago IL, 60642<br>(773) 510-6198<br>amanda.yarusso@gmail.com<br><br>Nora Snyder<br>Brad Thomas<br>People's Law Office<br>1180 N. Milwaukee Ave.<br>Chicago IL, 60642<br>773-235-0070<br>norasnyder@peopleslawoffice.com<br>brad@peopleslawoffice.com | *Counsel for Bedi*<br>Baher Azmy<br>Maria LaHood<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>BAzmy@ccrjustice.org<br>mlahood@ccrjustice.org<br><br>s/ Heather Lewis Donnell<br>*Counsel for Bedi*<br>Tara Thompson<br>Elizabeth Wang<br>Heather Lewis Donnell<br>Steve Art<br>Stuart Chanen<br>*Cooperating Counsel*<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012 |

/s/ Yeugenia Shvets
*Counsel for Northwestern Defendants*
Yeugenia Shvets
Ivona Josipovic
Grant Simon
DEBEVOISE AND PLIMPTON
66 Hudson Blvd
New York, NY 10001
(212) 909-6000
jshvets@debevoise.com
